UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Action No. 19-0018 (ABJ) |
| ROGER J. STONE, JR., | ) |
| Defendant. | ) |

### ORDER

The Court requests that the Clerk of Court open a miscellaneous action entitled "In re Juror Questionnaires in United States v. Stone." The Court further requests that the miscellaneous action be identified as related to Criminal Action 19-0018, and that this Order, the Notice of Appearance [Dkt. # 349], the Motion for Leave to File [Dkt. # 350], and the Motion for Limited Permission to Intervene [Dkt. # 351] be filed in the miscellaneous action.

It is ORDERED that all further filings that relate solely to the request for the juror questionnaire shall be made in the miscellaneous action.

SO ORDERED.

AMY BERMAN JACKSON
United States District Judge

DATE: February 28, 2020